UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>      Debtor.<br>_____<br>ALLAN B. DIAMOND, Chapter 11 Trustee for Howrey LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP, JEFFREY GANS, MELISSA LESMES, and MICHAEL MCNAMARA,<br><br>      Defendants. | Case No: C-13-3912 SBA<br><br>**ORDER** |

The Court, having been transferred Defendant Pillsbury Winthrop Shaw Pittman LLP's Motion for Withdrawal of Reference, hereby sets the following schedule, pursuant to Bankruptcy Local Rule 5011-2(d):

1. Any party objecting to withdrawal of the reference shall file its opposition, in this Court, on or before September 18, 2013.  The brief shall not exceed ten (10) pages.

2. Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or before October 2, 2013.  The brief shall not exceed then (10) pages.

3. No hearing on the motion will be held unless this Court issues an Order setting a date and time.

IT IS SO ORDERED.

Dated: 9/4/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge